UNITED STATES of America,
Plaintiff–Appellee,

v.

Phillip William WINTERS,
Defendant–Appellant.

No. 12–15875
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 11, 2013.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Pamela C. Marsh, Francis Todd Williams, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Darren James Johnson, Federal Public Defender's Office, Gainesville, FL, Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before HULL, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Phillip William Winters, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Winters's conviction and sentence are **AFFIRMED.**